1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00075-LJO-DLB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND CHERYL LYNN FRAZIER |
| v. | ) | |
| CHERYL LYNN FRAZIER, | ) | |
| Defendant. | ) | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including, but not limited to social security numbers, telephone numbers, residential addresses, account information, as well as other forms of personal identification and financial information ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

1      THEREFORE, defendant Cheryl Lynn Frazier, by and through her
2 counsel of record Katherine Hart ("Defense Counsel"), and plaintiff
3 United States of America, by and through its counsel of record,
4 hereby agree and stipulate as follows:
5      1.   This Court may enter protective orders pursuant to Rule
6 16(d) of the Federal Rules of Criminal Procedure, and its general
7 supervisory authority.
8      2.   This Order pertains to all discovery provided to or made
9 available to Defense Counsel by the United States in this case
10 (hereafter, collectively known as "the discovery").
11     3.   By signing this Stipulation and Protective Order, Defense
12 Counsel agrees not to share any documents that contain Protected
13 Information with anyone other than Defense Counsel and designated
14 defense investigators and support staff.  Defense Counsel
15 may permit the defendant to view unredacted documents in the
16 presence of her attorney, defense investigators and support staff.
17 The parties agree that Defense Counsel, defense investigators and
18 support staff shall not allow the defendant to copy Protected
19 Information contained in the discovery.  The parties agree that
20 Defense Counsel, defense investigators, and support staff may provide
21 the defendant with copies of documents from which Protected
22 Information has been redacted.
23     4.   The discovery and information therein may be used only in
24 connection with the litigation of this case and for no other purpose.
25 The discovery is now and will forever remain the property of the
26 United States Government.  At the conclusion of the case, Defense
27 Counsel will return the discovery to the Government or will certify
28 that it has been shredded.
       5.   Defense Counsel will store the discovery in a secure place

and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: March 30, 2012　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By: /s/ Ian L. Garriques
　　　　　　　　　　　　　　　　　　　IAN L. GARRIQUES
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


Dated: March 28, 2012　　　　　　　　　/s/ Katherine Hart
　　　　　　　　　　　　　　　　　　　KATHERINE HART
　　　　　　　　　　　　　　　　　　　Attorney for Defendant


IT IS SO ORDERED.

**Dated:　March 30, 2012**　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE